450 F.2d 347
 James Robert RAY, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 71-2640 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 17, 1971.
 
 James Robert Ray, pro se.
 John W. Stokes, Jr., U. S. Atty., E. Ray Taylor, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.
 Before JOHN R. BROWN, Chief Judge and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966